UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 07-1028 DSF (VBKx) | Date | 2/16/12 |
|---|---|---|---|
| Title | Carlos Siderman, et al. v. Virginia Antiques, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order re Show Cause re Sanctions for Failure to Comply with Court Order and re Dismissal for Lack of Prosecution

   On May 20, 2008, this Court issued its Bankruptcy Status Order, ordering Plaintiffs to file status reports with the Court every 90 days. The Status Report filed by Plaintiffs on February 7, 2011 stated that the bankruptcy was concluded and requested that the Court "conclude this matter."  No explanation was given as to the meaning of "conclude this matter."  No proposed order or dismissal was submitted.  In response, on February 24, 2011, the Court stated that, if counsel was requesting a dismissal, counsel should file the appropriate motion under Federal Rule of Civil Procedure 41(a)(2) or file a joint stipulation pursuant to Rule 41(a)(1)(A)(ii).  Counsel has failed to file either document and has failed to file the Court-ordered status reports.  Nor has counsel taken any further steps to prosecute this matter.

   Counsel is ordered to show cause in writing by March 5, 2012 why counsel should not be sanctioned in the amount of $250 for counsel's failure to comply with this court's previous orders and why this matter should not be dismissed for failure to prosecute.